935 A.2d 762

IN THE MATTER OF WILLIAM W. LANIGAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 192321958).

November 2, 2007.

## ORDER

This matter having been duly presented to the Court on the petition of the Office of Attorney Ethics, with the consent of Joy Lanigan, Power of Attorney for **WILLIAM W. LANIGAN,** recommending that **WILLIAM W. LANIGAN** of **SOMERVILLE,** who was admitted to the bar of this State in 1958, be transferred to disability inactive status in accordance with *Rule* 1:20–12;

And there having been a judicial determination that **WILLIAM W. LANIGAN** is mentally incapacitated, lacks the capacity to understand proceedings against him, and to assist in his defense;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12(a) and (e), **WILLIAM W. LANIGAN** is hereby transferred to disability

inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that disciplinary proceedings against **WILLIAM W. LANIGAN** be deferred pending the return of **WILLIAM W. LANIGAN** to active status and until the further Order of the Court; and it is further

ORDERED that **WILLIAM W. LANIGAN** is hereby restrained and enjoined from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **WILLIAM W. LANIGAN** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **WILLIAM W. LANIGAN** comply with *Rule* 1:20–20 governing incapacitated attorneys.